SAMUEL KIRSCH, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 8, 1942; decided November 25, 1942.

*Abraham L. Kanter* and *Francis J. Hughes* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for respondent.

Judgment affirméd, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.